# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>EDGAR MAURICIO BACA-CARCAMO,<br><br>　　　Defendant. | Case No.: 18-mj-3223-WVG-WQH<br><br>**JUDGMENT and ORDER** |

　　On the Government's motion, and for good cause shown, the conviction in the above case is vacated and the charge dismissed without prejudice.

　　IT IS SO ORDERED.

Dated: April 20, 2020

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court